UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CARLOS RAMIREZ,

    Plaintiff,

v.                                            CASE NO: 8:10-cv-2003-T-26TGW

BAUSCH & LOMB, INC.,

    Defendant.
_____/

**O R D E R**

Upon due consideration, it is ordered and adjudged as follows:

1) Plaintiff's Opposed Motion to Extend Dates for Expert Disclosure and Discovery (Dkt. 20) is granted because, in the Court's view, Defendant will not be prejudiced by amending the Court's Case Management and Scheduling Order (the CMSO) entered November 22, 2010, at docket 15.

2) Plaintiff's expert disclosure deadline is extended until August 1, 2011.

3) Defendant's expert disclosure deadline is extended until September 1, 2011.

4) The deadline for completing expert discovery is September 20, 2011.

5) All other deadlines in the Court's CMSO shall remain the same.

**DONE AND ORDERED** at Tampa, Florida, on June 27, 2011.

                                        s/*Richard A. Lazzara*
                                        **RICHARD A. LAZZARA**
                                        **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record