UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CARLOS RAMIREZ,

    Plaintiff,8

v.                                                                                           CASE NO: :10-cv-2003-T-26TGW

BAUSCH & LOMB, INC.,

    Defendant.
_____/

**O R D E R**

Upon due consideration of the procedural history of this case, together with the parties' submissions, it is ordered and adjudged that Defendant's Motion to Strike Plaintiff's Expert Report and Exclude Any Testimony From Expert (Dkt. 24) is denied. Plaintiff's expert shall supplement his report after full discovery has been afforded Plaintiff.

In light of Plaintiff's response, counsel for the parties are put on notice that the Court expects them to adhere to the dictates of Local Rule 2.04(h) in resolving any discovery dispute and that any motion to compel will be followed by an order directing an expedited response and scheduling an expedited hearing. This Court looks with extreme disfavor in having to resolve discovery disputes that counsel should easily have

been able to resolve among themselves without Court intervention. Any attorney determined to have acted in bad faith will be sanctioned by the Court.

**DONE AND ORDERED** at Tampa, Florida, on September 6, 2011.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record