UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CARLOS RAMIREZ,

    Plaintiff,

v.                                          CASE NO: 8:10-cv-2003-T-26TGW

BAUSCH & LOMB, INC.,

    Defendant.
_____/

**O R D E R**

Upon due consideration of the Plaintiff's submissions, it is ordered and adjudged that the Motion to Compel Better and More Complete Answers to Interrogatories (Dkt. 40) is denied.[1] The Court agrees with Defendant's counsel's position, articulated in his e-mail to Plaintiff's counsel on September 12, 2011, that Defendant is not obligated to gather private information from its employees which it does not otherwise possess. The two cases cited by Plaintiff's counsel do not persuade the Court because those courts did not provide any meaningful analysis of the issue of whether an employer, who does not

---

[1] In light of this disposition of the motion, the Court needs no response from Defendant's counsel.

possess personal information about an employee such as an employee's national origin, may be compelled to gather that information from the employee.[2]

**DONE AND ORDERED** at Tampa, Florida, on September 14, 2011.

    s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record

---

[2] The Court notes that Plaintiff's counsel did not provide any citation to these two cases, other than the case name, the designation of the court issuing the ruling, and the date of the ruling, thus compelling the Court to have to expend its time finding the appropriate westlaw citations which are as follows - Bhat v. Accenture, Inc., 2011 WL 3704171 (N.D. Ill. Aug. 23, 2011) and Hsieh v. Stanford University, 2011 WL 2682891 (N.D. Calif. July 21, 2011).